FILED

OCT 26 2012

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE WILLIE GEORGE ERWIN, JR., <br><br> Petitioner. | No. C 12-04699 EJD (PR) <br><br> JUDGMENT |

The Court has dismissed the instant civil rights action without prejudice for Plaintiff's failure to pay the filing fee. A judgment of dismissal without prejudice is entered.

The Clerk shall close the file.

DATED: 10/26/12

EDWARD J. DAVILA
United States District Judge

Order of Dismissal
04699Erwin_judgment.wpd

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

IN RE ERWIN,                                 Case Number CV 12-04699 EJD (PR)

         Petitioner,

                                       **CERTIFICATE OF SERVICE**

_____/

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on __10/26/12__, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) inter-office delivery receptacle located in the Clerk's office.

**Willie George Erwin, Jr.**
T-64857
CTF
P. O,. Box 698
Soledad, CA 93960-0689

DATED: __10/26/12__

                                          Richard W. Wieking, Clerk
                                          By: Elizabeth Garcia, Deputy Clerk